B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

Southern District Of Texas

In re Camp Mystic, LLC, et al., Debtor

Case No. 26-90621 (CML)

Chapter 11

Camp Mystic, LLC, et al., Plaintiff

v.

Those Parties Listed on Appendix A, Defendant

Adv. Proc. No. 26-03604

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Jeff P. Prostok
Vartabedian Katz Hester & Haynes LLP
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: August 18, 2026

*s/ Brandis Isom*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, Jeff Prostok (name), certify that service of this summons and a copy of the complaint was made August 25, 2026 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Jill and Patrick Marsh
3728 Crestbrook Road
Mountain Brook, AL 35223

Katie and Clarke Baker
895 Edson
Beaumont, TX 77706

☒ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:
Jason Brookner, Lydia Webb, GRAY REED, 1300 Post Oak Blvd, Suite 2000, Houston, TX 77056 agreed to accept service for the Bellows, Bonner, Childress, DeWitt, Ferruzzo, Landry, McCrory, Jacobe/Jordan, Getten, McCown, Pohl, Sheedy, Stevens, Toranzo, Naylor, Hanna, Hollis, Hunt, Dillon, Lytal, Peck, and Steward families

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of ________, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date August 27, 2026 Signature /s/ Jeff Prostok

Print Name: Jeff Prostok

Business Address: Vartabedian Katz Hester & Haynes LLLP
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102

**Appendix A**

| | |
|---|---|
| Warren and Patricia Bellows, individually and as Representatives of the Estate of Anna Margaret Bellows<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | Warren and Patricia Bellows, individually and as Representatives of the Estate of Anna Margaret Bellows<br>[Home Address on File] |
| Blake and Caitlin Bonner, individually and as Representatives of the Estate of Lila Bonner<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | Blake and Caitlin Bonner, individually and as Representatives of the Estate of Lila Bonner<br>[Home Address on File] |
| Matthew and Wendie Childress, individually and as Representatives of the Estate of Chloe Childress<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | Matthew and Wendie Childress, individually and as Representatives of the Estate of Chloe Childress<br>[Home Address on File] |
| Ryan and Elizabeth DeWitt, individually and as Representatives of the Estate of Molly DeWitt<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | Ryan and Elizabeth DeWitt, individually and as Representatives of the Estate of Molly DeWitt<br>[Home Address on File] |
| John and Andrea Ferruzzo, individually and as Representatives of the Estate of Katherine Ferruzzo<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | John and Andrea Ferruzzo, individually and as Representatives of the Estate of Katherine Ferruzzo<br>[Home Address on File] |
| Ben and Natalie Landry, individually and as Representatives of the Estate of Lainey Landry<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | Ben and Natalie Landry, individually and as Representatives of the Estate of Lainey Landry<br>[Home Address on File] |
| Lindsey McCrory, individually and as Representative of the Estate of Blakely McCrory<br>c/o Richard Warren Mithoff<br>Warner V. Hocker, Of Counsel<br>**MITHOFF LAW**<br>500 Dallas Street, Suite 3450<br>Houston, Texas 77002 | Lindsey McCrory, individually and as Representative of the Estate of Blakely McCrory<br>[Home Address on File] |

**Appendix A**

| | |
|---|---|
| Christopher Jacobe, individually and as Personal Representative of the Estate of Mary Kathryn ("Mary Kate") Jacobe<br>c/o John W. Stevenson, Jr.<br>W. Robert Hand<br>**STEVENSON & MURRAY**<br>24 Greenway Plaza, Suite 750<br>Houston, Texas 77046 | Christopher Jacobe, individually and as Personal Representative of the Estate of Mary Kathryn ("Mary Kate") Jacobe<br>[Home Address on File] |
| Samantha Jordan<br>c/o John W. Stevenson, Jr.<br>W. Robert Hand<br>**STEVENSON & MURRAY**<br>24 Greenway Plaza, Suite 750<br>Houston, Texas 77046 | Samantha Jordan<br>[Home Address on File] |
| Douglas Getten, individually and on behalf of the Estate of Ellen Elizabeth Getten<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Douglas Getten, individually and on behalf of the Estate of Ellen Elizabeth Getten<br>[Home Address on File] |
| Jennifer Getten<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Jennifer Getten<br>[Home Address on File] |
| Michael McCown, individually and on behalf of the Estate of Linnie Anne McCown<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Michael McCown, individually and on behalf of the Estate of Linnie Anne McCown<br>[Home Address on File] |
| Callie McCown<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Callie McCown<br>[Home Address on File] |

**Appendix A**

| | |
|---|---|
| Matthew Pohl, individually and on behalf of the Estate of Abby Lynn Pohl<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Matthew Pohl, individually and on behalf of the Estate of Abby Lynn Pohl<br>[Home Address on File] |
| Kristin Pohl<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Kristin Pohl<br>[Home Address on File] |
| Andrew Sheedy, individually and on behalf of the Estate of Margaret Gaffney Sheedy<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Andrew Sheedy, individually and on behalf of the Estate of Margaret Gaffney Sheedy<br>[Home Address on File] |
| Ellen Sheedy<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Ellen Sheedy<br>[Home Address on File] |
| Johnny Stevens, individually and on behalf of the Estate of Mary Barrett Stevens c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Johnny Stevens, individually and on behalf of the Estate of Mary Barrett Stevens<br>[Home Address on File] |
| Stacy Stevens<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Stacy Stevens<br>[Home Address on File] |

**Appendix A**

| | |
|---|---|
| Jorge Toranzo, individually and on behalf of the Estate of Greta Katherine Toranzo<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Jorge Toranzo, individually and on behalf of the Estate of Greta Katherine Toranzo<br>[Home Address on File] |
| Ellen Toranzo<br>c/o Kurt B. Arnold<br>J. Kyle Findley<br>Kala F. Sellers<br>John G. Grinnan<br>**ARNOLD & ITKIN LLP**<br>6009 Memorial Drive<br>Houston, Texas 77007 | Ellen Toranzo<br>[Home Address on File] |
| Cole and Allison Naylor, individually and as Representatives and Heirs of the Estate of Virginia Wynne Naylor<br>c/o W. Mark Lanier<br>Sam E. Taylor, II<br>Sara E. Abston<br>Harvey Brown<br>Angela Spoede<br>**LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064 | Cole and Allison Naylor, individually and as Representatives and Heirs of the Estate of Virginia Wynne Naylor<br>[Home Address on File] |
| W. Douglas and Carrie Hanna, individually and as Representatives and Heirs of the Estate of Hadley Rebecca Hanna<br>c/o W. Mark Lanier<br>Sam E. Taylor, II<br>Sara E. Abston<br>Harvey Brown<br>Angela Spoede<br>**LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064 | W. Douglas and Carrie Hanna, individually and as Representatives and Heirs of the Estate of Hadley Rebecca Hanna<br>[Home Address on File] |
| Lars and Lacey Hollis, individually as Representatives and Heirs of the Estate of Virginia Larins Hollis<br>c/o W. Mark Lanier<br>Sam E. Taylor, II<br>Sara E. Abston<br>Harvey Brown<br>Angela Spoede<br>**LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064 | Lars and Lacey Hollis, individually as Representatives and Heirs of the Estate of Virginia Larins Hollis<br>[Home Address on File] |

**Appendix A**

| | |
|---|---|
| Davin and Anne Lindsey Hunt, individually and as Representatives and Heirs of the Estate of Jane Marie Hunt<br>c/o W. Mark Lanier<br>Sam E. Taylor, II<br>Sara E. Abston<br>Harvey Brown<br>Angela Spoede<br>**LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064 | Davin and Anne Lindsey Hunt, individually and as Representatives and Heirs of the Estate of Jane Marie Hunt<br>[Home Address on File] |
| Brandt and Lisa Dillon, individually and as Representatives and Heirs of the Estate of Lucy Lee Dillon<br>c/o W. Mark Lanier<br>Sam E. Taylor, II<br>Sara E. Abston<br>Harvey Brown<br>Angela Spoede<br>**LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064 | Brandt and Lisa Dillon, individually and as Representatives and Heirs of the Estate of Lucy Lee Dillon<br>[Home Address on File] |
| J. Wade and Malorie Lytal, individually and as Representatives and Heirs of the Estate of Kellyanne Elizabeth Lytal<br>c/o W. Mark Lanier<br>Sam E. Taylor, II<br>Sara E. Abston<br>Harvey Brown<br>Angela Spoede<br>**LANIER LAW FIRM, P.C.**<br>10940 W. Sam Houston Pkwy N., Suite 100<br>Houston, TX 77064 | J. Wade and Malorie Lytal, individually and as Representatives and Heirs of the Estate of Kellyanne Elizabeth Lytal<br>[Home Address on File] |
| Timothy Peck, individually and on behalf of the Estate of Eloise “Lulu” Peck<br>c/o Randy R. Howry<br>Sean E. Breen<br>**HOWRY BREEN & HERMAN, L.L.P.**<br>1900 Pearl Street<br>Austin, Texas 78705 | Timothy Peck, individually and on behalf of the Estate of Eloise “Lulu” Peck<br>[Home Address on File] |
| Melissa Peck, individually and on behalf of the Estate of Eloise “Lulu” Peck<br>c/o Randy R. Howry<br>Sean E. Breen<br>**HOWRY BREEN & HERMAN, L.L.P.**<br>1900 Pearl Street<br>Austin, Texas 78705 | Melissa Peck, individually and on behalf of the Estate of Eloise “Lulu” Peck<br>[Home Address on File] |

**Appendix A**

| | |
|---|---|
| Will Steward, individually and as Representative and Heir of the Estate of Cile Steward<br>c/o Bradley E. Beckworth<br>Christina Yarnell<br>**NIX PATTERSON, LLP**<br>8701 Bee Cave Road<br>Seven Oaks East, Suite 500<br>Austin, Texas 78746 | Will Steward, individually and as Representative and Heir of the Estate of Cile Steward<br>[Home Address on File] |
| Catherine "CiCi" Steward, individually and as Representative and Heir of the Estate of Cile Steward<br>c/o Bradley E. Beckworth<br>Christina Yarnell<br>**NIX PATTERSON, LLP**<br>8701 Bee Cave Road<br>Seven Oaks East, Suite 500<br>Austin, Texas 78746 | Catherine "CiCi" Steward, individually and as Representative and Heir of the Estate of Cile Steward<br>[Home Address on File] |

**Counsel for all parties above in the Debtors' Bankruptcy Case:**
Jason S. Brookner
Lydia R. Webb
Aaron M. Kaufman
**GRAY REED**
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056

**John and Jane Does 1-1000:**
Service will also be completed on all defendants (reflected in the Adversary Complaint as John and Jane Does 1-1000) who are prospective plaintiffs who may, at any time while the Chapter 11 Cases are pending, seek to commence an action to pursue a Claim against one or more of the Individual Defendants either through counsel (if known) and/or at their address on file.