**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CAMP MYSTIC, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90621 (CML)<br><br>(Jointly Administered) |
| CAMP MYSTIC, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A,<br><br>Defendants. | Adv. Pro. No. 26-ap-03604 |

**DEBTORS' NOTICE OF NONSUIT WITHOUT PREJUDICE**
**<u>SOLELY AS TO JOHN LAWRENCE AND LACY LAWRENCE</u>**

Camp Mystic, LLC, and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") and as plaintiffs in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), hereby file this Notice of Nonsuit Without Prejudice Solely as to John Lawrence and Lacy Lawrence.

1. On August 5, 2026, the Debtors filed their *Original Complaint for Declaratory and Injunctive Relief (i) Declaring that the Automatic Stay Prohibits Certain Actions Against Non-Debtors, and (ii) Preliminarily Enjoining Such Actions* [ECF 1].

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

2. On August 25, 2026, the Debtors filed their *First Amended Complaint for Declaratory and Injunctive Relief (i) Declaring that the Automatic Stay Prohibits Certain Actions Against Non-Debtors, and (ii) Preliminarily Enjoining Such Actions* [ECF 5], which names John Lawrence and Lacy Lawrence as Defendants.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), made applicable pursuant to Federal Rule of Bankruptcy Procedure 7041, Debtors hereby provide written notice of nonsuit without prejudice solely as to Defendant John Lawrence and Defendant Lacy Lawrence.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Martin Sosland*

Martin Sosland (State Bar No. 18855645)
Candice Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600E
Dallas, Texas 75201
Tel: (469) 654-1340
Email: martin.sosland@vkhh.com
candice.carson@vkhh.com

-and-

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: jeff.prostok@vkhh.com
emily.chou@vkhh.com
suki.rosen@vkhh.com
lynda.lankford@vkhh.com

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on August 27, 2026 via the Court's ECF electronic notification system on all parties registered to receive such notice, and on the parties reflected below, as indicated below.

*Via Email and First Class Mail, Postage Prepaid:*

Marty Brimmage (mbrimmage@akingump.com)
Roxanne Tizravesh (rtizravesh@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, Suite 44
Houston, TX 77002

*Counsel for John and Lacy Lawrence*

/s/ Martin Sosland
Martin Sosland