**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAMP MYSTIC, LLC, *et al.*,[1] | Case No. 26-90621 (CML) |
| Debtors. | (Jointly Administered) |
| CAMP MYSTIC, LLC, *et al.*, | |
| Plaintiff, | Adv. Pro. No. 26-03604 |
| v. | |
| THOSE PARTIES LISTED ON APPENDIX A, | |
| Defendants. | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EMERGENCY MOTION FOR LEAVE TO FILE AS INTERVENOR, OR, IN THE ALTERNATIVE, AS AN *AMICUS CURIAE*, ITS OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) DECLARING THAT THE AUTOMATIC STAY PROHIBITS CERTAIN ACTIONS AGAINST NON-DEBTORS OR (B) PRELIMINARILY ENJOINING SUCH ACTIONS**

**Emergency relief has been requested. Relief is requested not later than 5 p.m. on Thursday, October 8, 2026. If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is 2689 Highway 39, Hunt, TX 78024.

1. The Official Committee of Unsecured Creditors (the "Committee") of Camp Mystic, LLC and Camp Mystic, LLC's debtor affiliates in the above-captioned Chapter 11 cases (collectively, the "Debtors" in the "Chapter 11 Cases"), by and through its undersigned counsel, hereby moves this Court for leave to file as intervenor, or, in the alternative, as an *amicus curiae*, its objection to the Debtors' *Motion for Entry of an Order (A) Declaring that the Automatic Stay Prohibits Certain Actions Against Non-Debtors or (B) Preliminarily Enjoining Such Actions* (the "Motion") in the above-captioned adversary proceeding ("Adversary Proceeding"). ECF No. 2. The Committee's proposed objection is attached hereto as Exhibit 1.

2. On August 5, 2026, the Debtors initiated this adversary proceeding and filed the Motion. *Id.*

3. The parties, as well as the Committee, agreed that the deadline for objections to the Motion is September 25, 2026. ECF No. 10 at 4. The Motion is scheduled to be heard on October 9, 2026. *Id.* at 5.

4. The Committee approached the Debtors about a stipulated, consensual intervention to allow the Committee to advocate for and protect the interests of unsecured creditors in the Adversary Proceeding. The Debtors declined the Committee's request to intervene but agreed that the Committee should be permitted to file "a single brief addressing the relief requested in the . . . Motion." ECF No. 11 at 8. Accordingly, on August 31, 2026, the Committee filed a motion to intervene, which remains pending. *Id.* In the Debtors' objection to the Committee's motion to intervene, the Debtors requested, in the alternative, that the Committee's participation in this Adversary Proceeding "be limited to a brief as amicus curiae on the Stay Extension Motion." ECF No. 14 at 12.

5. Given the agreed-upon deadline, and the Debtors' prior willingness to permit the Committee to object to the Motion, the Committee respectfully requests that the Court grant the Committee leave to file the attached objection as an intervenor (if ultimately permitted to intervene by the Court) or, in the alternative, as an *amicus curiae* in this Adversary Proceeding.

6. As discussed above, a hearing on the Motion is scheduled for Friday, October 9, 2026. ECF No. 10 at 4–5. In order to facilitate this truncated timeline and ensure that the Committee is able to file its objection before that hearing, the Committee respectfully requests emergency consideration of this motion in accordance with Bankruptcy Local Rule 9013–1.

7. The Committee respectfully requests that the Court enter an order, substantially similar in form to that attached hereto, and by no later than October 8, 2026, granting the Committee's motion for leave to file as intervenor, or, in the alternative, as an *amicus curiae*, its objection to the Debtors' Motion.

Dated: September 25, 2026

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: *s/ Jennifer J. Hardy*
Jennifer J. Hardy (Texas Bar No. 24096068)
600 Travis Street
Houston, Texas 77002
Telephone: 713-510-1700
Facsimile: 713-510-1799
Email: jhardy2@willkie.com

**AND**

Brett H. Miller (*pro hac vice*)
Hon. Shelley C. Chapman (Ret.) (*pro hac vice*)

James H. Burbage (*pro hac vice*)
Gabrielle Antonello (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: 212-728-8000
Facsimile: 212-728-8111
Email: bmiller@willkie.com
schapman@willkie.com
jburbage@willkie.com
gantonello@willkie.com

**AND**

Christopher DiPompeo (*pro hac vice*)
Justin D. Rattey (*pro hac vice*)
1875 K Street, N.W.
Washington, DC 20006
Telephone: 202-303-1000
Facsimile: 202-303-2000
Email: cdipompeo@willkie.com
jrattey@willkie.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF ACCURACY**

In accordance with Bankruptcy Local Rule 9013-1(i), I hereby certify that the foregoing statements regarding the nature of the emergency with respect to the Committee are true and accurate to the best of my knowledge.

/s/ *Jennifer J. Hardy*
Jennifer J. Hardy

**CERTIFICATE OF CONFERENCE**

I certify that counsel for the Committee contacted counsel for the Debtors regarding the Debtors' position on the Committee's motion on September 25, 2026, but did not hear back before the filing deadline.

/s/ *Jennifer J. Hardy*
Jennifer J. Hardy

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026, a true and correct copy of the foregoing, the attached proposed order, and the attached exhibits were served on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ *Jennifer J. Hardy*
Jennifer J. Hardy