**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>CAMP MYSTIC, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-90621 (CML)<br><br>(Jointly Administered) |
| CAMP MYSTIC, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A,<br><br>Defendants. | Adv. Pro. No. 26-ap-03604 |

**NOTICE OF FILING OF REVISED**
**PROPOSED ORDER ON AUTOMATIC STAY MATTERS**

**PLEASE TAKE NOTICE THAT:**

1. On August 2, 2026, Certain Heaven's 27 Families (the "**Families**") filed the *Certain Heaven's 27 Families' Substituted Motion for Entry of Order Confirming That the Automatic Stay Does Not Apply to Direct Claims Against Non-Debtor Individual Defendants* [Dkt. No. 132] (the "**Families' Substituted Motion**").

2. On August 5, 2026, the Debtors filed the *Debtors' Motion for Entry of an Order (A) Declaring That the Automatic Stay Prohibits Certain Actions Against Non-Debtors or*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Camp Mystic, LLC (4064), Natural Fountains Properties, Inc. (1414), Mystic Camps Family Partnership, Ltd. (9861), and Mystic Camps Management, LLC (9688). The location of the Debtors' service address for purposes of these chapter 11 cases is: 2689 Highway 39, Hunt, TX 78024.

*(B) Preliminarily Enjoining Such Actions* [Adv. Pro. No. 26-03604, Dkt. No. 2] (the "**Debtors' Motion for Preliminary Injunction**").

3. On August 31, 2026, the Families filed the *Certain Heaven's 27 Families' Motion for Relief From the Automatic Stay* [Dkt. No. 204] (the "**Families' Motion for Relief**").

4. On September 28, 2026, the Debtors filed the *Notice of Filing of Proposed Order on Automatic Stay Matters* attaching the Debtors' proposed form of order resolving each of the aforementioned motions as Exhibit A [Dkt. No. 276; Adv. Pro. No. 26-03604, Dkt. No. 21].

5. Attached hereto as **Exhibit A** is the Debtor's further revised proposed order granting certain relief in respect of the Families' Substituted Motion, the Debtors' Motion for Preliminary Injunction, and the Families' Motion for Relief. A comparison of the Debtors' form of proposed order and the Families' proposed order [Dkt. No. 345; Adv. Pro. No. 26-03604, Adv. Dkt. No. 26] is attached as **Exhibit B**.

*[Remainder of page intentionally left blank]*

Dated: October 8, 2026

Respectfully submitted,

*/s/ Deirdre Carey Brown*

Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 5000
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
candice.carson@vkhh.com

**- AND -**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
emily.chou@vkhh.com
suki.rosen@vkhh.com
lynda.lankford@vkhh.com

**- AND -**

Deirdre Carey Brown (State Bar No. 24094116)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2019 Washington, Suite 105
Houston, Texas 77007
Telephone: (817) 214-4990
Email: deirdre.brown@vkhh.com

*COUNSEL TO DEBTORS AND*
*DEBTORS-IN-POSSESSION*

**Certificate of Service**

I certify that on October 8, 2026, a true and correct copy of the foregoing notice of proposed order was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties registered to receive electronic notice in these cases.

*/s/ Deirdre Carey Brown*